United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 4: 17-cr-530-YGR |
| Plaintiff, | **ORDER DENYING MOTION WITHOUT PREJUDICE** |
| vs. | Re: Dkt. No. 19 |
| **IRENE ALINA MICHELL,** | |
| Defendant. | |

Defendant Irene Alina Michell has filed a motion for a compassionate release sentence reduction under 18 U.S.C. section 3582(c)(1)(A).  (Dkt. No. 19.)  On January 26, 2018, this Court sentenced Ms. Michell to an 18-month term on one count of escape from federal custody, 18 U.S.C. § 751, 18 U.S.C. § 4082(a).  (Dkt. No. 16.)  The term of imprisonment was ordered to run consecutively to the 132-month term of imprisonment ordered by the District of Montana in Docket CR 13-105-GF-BMM-01 on May 1, 2014. (*Id*.)  The federal Bureau of Prisons website indicates that Ms. Michell's current anticipated release date is March 18, 2024.

It appears from the records before the Court that Ms. Michell has completed the term of the sentence imposed by this Court, and that the sentence upon which she remains in custody is the 132-month term ordered by the District of Montana.  A motion to reduce that sentence must be made to the court that imposed it.  18 U.S.C. § 3582(c).

Therefore, Ms. Michell's request for compassionate release sentence reduction is **DENIED** without prejudice to refiling the request with the sentencing court in the District of Montana.

This Order terminates Docket No. 19.

**IT IS SO ORDERED.**

Dated: February 12, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**